FILED
2014 Feb-04 AM 09:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

FiLED
2|4|14

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES WARREN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action Number: 5:09-cv-1840-CLS |
| SAMUEL LANE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MOTION TO RECONSIDER

Defendants Samuel Lane and City of Huntsville, Alabama ("defendants") move this Court to reconsider its evidentiary ruling made during trial on February 3, 2014, relating to records from RadioShack Corporation. In support of their motion, defendants state:

1. Defense counsel questioned Shirley Warren, a witness called by plaintiff, regarding specific incidents at the end of plaintiff's employment at RadioShack, to determine whether the witness was aware of them. The documents from RadioShack were received pursuant to proper subpoena and were provided to plaintiff's counsel even before plaintiff's June 9, 2010, deposition.

2. Defense counsel asked the question only after the witness testified that plaintiff never got into any fights, and generally painted plaintiff as an honest, truthful person whose word she took with respect to the incident at issue in this matter.

3. In part, defense counsel based the questions on documents obtained during discovery, but not considered exhibits. The Court has expressed the opinion the questions were improper, and as a result, has ordered defendants not to make any additional inquiry into plaintiff's end of employment at Radio Shack.

4. As an initial matter, the questions to plaintiff's witness were *not* intended to show actions in conformity therewith. Instead, as permitted by rule 404(b) of the Federal Rules of Evidence, in conjunction with rule 608(b)(2), the questions were intended to test the "truthfulness or untruthfulness of another witness [plaintiff] whose character the witness being cross-examined has testified about." Accordingly, the questions were proper.

5. Additionally, plaintiff made no objection to any of the questions. Accordingly, plaintiff waived any objection to those questions.

6. At side bar, and on the record, this Court further expressed concern regarding whether the RadioShack records had been listed as exhibits. They had not, although they are included in the description of documents produced during discovery. However, they are not listed as exhibits because those records, and other documents establishing misconduct, are inadmissible. See Fed. R. Evid. 608(b); see also United States v. Simpson, 709 F.2d 903, 907-908 (5th Cir. 1983) ("Although Rule 608(b) permits a party to cross-examine a witness concerning specific instances of misconduct affecting one's veracity other than a criminal

conviction, the rule <u>expressly prohibits proof of such misconduct by extrinsic evidence</u>. The cross-examining attorney must take the witness' answer.").

7. Accordingly, listing the documents to be used to impeach plaintiff or other witnesses on the exhibit list, and seeking to introduce those records, would have been, and is, inappropriate. Nevertheless, questions regarding information contained in those documents *are* appropriate and proper for cross-examination.

For the above reasons, defendants moves this Court to reverse its previous ruling prohibiting inquiry into the information contained in the Radio Shack records, as well as other records in which inconsistent statements made by plaintiff may have been identified.

*S/Stacy L. Moon*
Michael L. Fees (ASB-4924-F51M)
Stacy L. Moon (ASB-6468-I72S)
Allison B. Chandler (ASB-5553-L75C)

**Attorneys for defendants Officer Samuel Lane and City of Huntsville, Alabama**

**OF COUNSEL:**

**F&B LAW FIRM, P.C.**
213 Greene Street
Huntsville, Alabama 35801
Telephone Number: (256) 536-0095
Facsimile Number: (256) 536-4440
E-mail: court@fb-pc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by hand delivery in open court addressed to him this the 4th day of February, 2014:

STEPHEN A. STRICKLAND
**JAFFE & DRENNAN, P.C.**
2320 Arlington Avenue South
Birmingham, Alabama 35205
Telephone Number: 205-930-9800
Facsimile Number: 205-930-9809
E-mail: sstrickland@rjaffelaw.com

H. HUBE DODD
**THE DODD LAW FIRM, LLC**
2323 Second Avenue North
Birmingham, Alabama 35203
Telephone Number: (205) 327-8388
Facsimile Number: (205) 278-9288
E-mail: hube@hdoddlaw.com

*S/Stacy L. Moon*
Stacy L. Moon