FILED
2014 Feb-28 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
FEB 06 2014
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. CV-09-S-1840-NE |
| ) | |
| SAMUEL LANE, ) | |
| ) | |
| Defendant. ) | |

### JURY VERDICT FORM

1. Do you find from a preponderance of the evidence that defendant Samuel Lane intentionally committed acts that violated the plaintiff's constitutionally-protected right to not be arrested or seized without probable cause?

   Answer Yes or No ___Yes___

2. Do you find from a preponderance of the evidence that defendant Samuel Lane intentionally committed acts that violated the plaintiff's constitutionally-protected right to be free from the use of excessive or unreasonable force during his arrest?

   Answer Yes or No ___No___

   Note: Do not answer any further questions unless you answered Question No 1, or Question No. 2, or both questions, "Yes." Stated differently, if you answered *both* Question No. 1 *and* Question No. 2 "No," then skip the remaining questions, and have your foreperson sign and date this verdict form at the bottom of the last page.

## COMPENSATORY DAMAGES

3.  Do you find that plaintiff should be awarded damages to compensate him for physical pain and mental anguish suffered as a consequence of the defendant's violation of his constitutional rights?

Answer Yes or No ___NO___

If your answer to this question was "Yes," what amount do you award? (State your answer in both words and arithmetic figures.) ___Zero dollars___ ($___0___).

4.  Do you find that plaintiff should be awarded damages to compensate him for the fee paid a Bail Bonding company, court costs, and the attorneys' fees incurred in the municipal court system?

Answer Yes or No ___Yes___

If your answer to this question was "Yes," what amount do you award? (State your answer in both words and arithmetic figures.) ___Three hundred Thirty Three dollars + no/100___ ($___333.00___).

5.  Do you find that the plaintiff should be awarded damages to compensate him for medical bills, expenses, and rehabilitation services?

Answer Yes or No ___NO___

If your answer to this question was "Yes," what amount do you award? (State your answer in both words and arithmetic figures.) ___Zero Dollars___ ($___0___).

**Note: Do not answer the following question pertaining to Punitive**

2

Damages unless you answered Question No. 3, or Question No. 4, or Question No. 5, or some combination of those questions "Yes," and awarded plaintiff some amount — even if only a nominal amount (or amounts) — as compensatory damages.

### PUNITIVE DAMAGES

6. Do you find from a preponderance of the evidence that defendant Samuel Lane acted with malice, or with reckless indifference to the plaintiff's federally protected rights, and that punitive damages should be assessed?

Answer Yes or No ___*NO*___

If your answer to this question was "Yes," what amount do you award? (State your answer in both words and arithmetic figures.) _____

___*Zero Dollars*___ ($ ___*0*___ ).

So say we one, so say we all, this ___*6th*___ day of February, 2014.

_____
Jury Foreperson